**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,                         Case No. 1:19-cr-70
    Plaintiff,                                          Litkovitz, M.J.

    vs.

DONTA MCCOY,                                       **DETENTION ORDER**
    Defendant.

This matter is before the Court following a detention hearing on a Petition for Warrant or Summons for Offender Under Supervision under Fed. R. Crim. P. 32.l(a)(6) and 18 U.S.C. § 3143(a)(1) at which defendant appeared represented by counsel.   The government moved for detention on the basis that the defendant poses a risk of flight if released on bond.   Having heard all arguments and having considered the nature of the alleged supervised release violations, the undersigned finds the defendant has not met his burden by clear and convincing evidence that he will not pose a risk of flight if released on bond.   As alleged in the petition, the defendant has absconded from supervision; he has failed to reside at a residence approved by his probation officer; he has tested positive for unauthorized controlled substances on multiple occasions; he has failed to participate in drug and mental health treatment; and he has incurred new law violations.   Accordingly, the Court hereby **ORDERS** the defendant detained pending final hearing on the supervised release violations before Judge Cole.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.   The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On

order of a Court of the United States or on request of an attorney for the government, the person

in charge of the corrections facility shall deliver the defendant to the United States Marshal for

the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED**.


Date: 3/4/2024

Karen L. Litkovitz
United States Magistrate Judge